# United States Court of Appeals
### For the Eighth Circuit

_____

No. 24-1232
_____

Jay Nygard

*Plaintiff - Appellant*

v.

City of Orono, A Minnesota Municipality; Dennis Sabourin Walsh, Orono Mayor,
in his individual and official capacities, Orono resident; Correy Farniok, Orono
Police Chief, in his individual and official capacities; Soren Mattick, Orono
Attorney, in his individual and official capacities; Jared D. Shepherd, Orono
Attorney, in his individual and official capacities; Campbell Knutson, P.A.

*Defendants - Appellees*
_____

Appeal from United States District Court
for the District of Minnesota
_____

Submitted: September 11, 2024
Filed: September 16, 2024
[Unpublished]
_____

Before LOKEN, GRUENDER, and SHEPHERD, Circuit Judges.
_____

PER CURIAM.

Jay Nygard appeals the district court's[1] dismissal of his pro se complaint as barred by the statute of limitations, the <u>Rooker</u>-<u>Feldman</u>[2] doctrine, and the <u>Younger</u>[3] abstention doctrine. After careful de novo review of the record and the parties' arguments on appeal, we find no basis for reversal. <u>See</u> <u>Humphrey v. Eureka Gardens Pub. Facility Bd.</u>, 891 F.3d 1079, 1081 (8th Cir. 2018) (de novo review of whether statute of limitations bars claims); <u>Kvalvog v. Park Christian Sch., Inc.</u>, 66 F.4th 1147, 1151-52 (8th Cir. 2023) (de novo review of district court's lack of jurisdiction due to <u>Rooker</u>-<u>Feldman</u> doctrine); <u>Minn. Living Assistance, Inc. v. Peterson</u>, 899 F.3d 548, 551 (8th Cir. 2018) (abuse of discretion review of district court's decision to abstain under <u>Younger</u>).

Accordingly, we affirm. <u>See</u> 8th Cir. R. 47B.

_____

[1] The Honorable Donovan W. Frank, United States District Judge for the District of Minnesota.

[2] <u>See</u> <u>Rooker v. Fid. Tr. Co.</u>, 263 U.S. 413 (1923); <u>D.C. Ct. of Appeals v. Feldman</u>, 460 U.S. 462 (1983).

[3] <u>See</u> <u>Younger v. Harris</u>, 401 U.S. 37 (1971).